UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL DROTTS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, et al.,<br><br>    Defendants. | Case No. 17-cv-04916-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant San Francisco Municipal Transportation Agency filed a motion to dismiss on August 30, 2017. Currently, the motion is set for a court hearing on October 12, 2017. Plaintiff Joel Drotts is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by September 13, 2017. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

<u>The court ORDERS Plaintiff to respond by **September 27, 2017** and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by September 27, 2017, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 18, 2017

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL DROTTS,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, et al.,<br><br>    Defendants. | Case No. 4:17-cv-04916-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel Drotts
537 Jones St., #3432
San Francisco, CA 94102

Dated: September 18, 2017

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Ivy Lerma Garcia, Deputy Clerk to the
                                                Honorable DONNA M. RYU